**FILED**
July 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:12MJ00185-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CRYNTHIA GARY, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CRYNTHIA GARY__, Case No. __2:12MJ00185-GGH__, Charge __18USC § 286 & 287__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 16, 2012__ at __2:00 pm__.

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court