**FILED**
July 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) CASE NUMBER: 2:12-mj-00185-GGH
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
CYRINTHIA GARY, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Cyrinthia Gary; Case 2:12-mj-00185-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $100,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Supervision/Conditions: defendant to be released to the custody of Pretrial Services at 9:00 AM on 7/25/2012 to attend The Effort residential treatment facility.</u>

Issued at <u>Sacramento, CA</u> on <u>7/24/2012</u> at 2:40 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge